United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 22-00803-MJC
Sandra Marie Banks  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke Page 1 of 2
Date Rcvd: Jun 09, 2022 Form ID: ntasset Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sandra Marie Banks, 63 Paradise Dr, Berwick, PA 18603-5370 |
| 5472628 | Banks Sandra Marie, 63 Paradise Dr, Berwick, PA 18603-5370 |
| 5472632 | Brian Ptashinski, 32 Winter Green Ln, Jim Thorpe, PA 18229-2604 |
| 5472635 | Geisinger Health System, PO Box 27727, Newark, NJ 07101-7727 |
| 5472629 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + EDI: AISACG.COM | Jun 09 2022 22:48:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5473157 | + EDI: AISACG.COM | Jun 09 2022 22:48:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5472630 | EDI: GMACFS.COM | Jun 09 2022 22:48:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 5472631 | EDI: GMACFS.COM | Jun 09 2022 22:48:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 5472633 | EDI: ESSL.COM | Jun 09 2022 22:48:00 | DISH, 9601 S Meridian Blvd, Englewood, CO 80112-5905 |
| 5472634 | Email/Text: bknotice@ercbpo.com | Jun 09 2022 18:48:00 | Enhanced Recovery Co L, PO Box 57547, Jacksonville, FL 32241-7547 |
| 5472636 | + Email/Text: BK@servicingdivision.com | Jun 09 2022 18:48:00 | The Money Source Inc, 500 S Broad St, Meriden, CT 06450-6755 |
| 5472637 | Email/Text: BK@servicingdivision.com | Jun 09 2022 18:48:00 | The Money Source Inc., 500 S Broad St Ste 100A, Meriden, CT 06450-6755 |
| 5472638 | Email/Text: BK@servicingdivision.com | Jun 09 2022 18:48:00 | The Money Source, Inc, 3138 E Elwood St, Phoenix, AZ 85034-7210 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5474691 | | The Money Source Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jason Paul Provinzano | on behalf of Debtor 1 Sandra Marie Banks MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jill Manuel-Coughlin | on behalf of Creditor The Money Source Inc. bankruptcy@powerskirn.com |
| Lisa Ann Rynard (Trustee) | larynard@larynardlaw.com aburd@pkh.com,PA88@ecfcbis.com |
| Rebecca Ann Solarz | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Sandra Marie Banks, <br> aka Sandra Banks, aka Sandra M. Banks, | Chapter | 7 |
| **Debtor 1** | Case No. | 5:22−bk−00803−MJC |

Social Security No.:
xxx−xx−0006

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE A PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **September 8, 2022**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov − Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self−addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: MichaelMcHugh, Deputy Clerk

Date: June 9, 2022

ntasset(B204)(05/18)