United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 22-00803-MJC
Sandra Marie Banks Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 1
Date Rcvd: Dec 07, 2022      Form ID: fnldec      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sandra Marie Banks, 63 Paradise Dr, Berwick, PA 18603-5370 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Sandra Marie Banks MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jill Manuel-Coughlin | on behalf of Creditor The Money Source Inc. bankruptcy@powerskirn.com |
| Lisa A Rynard | on behalf of Trustee Lisa Ann Rynard (Trustee) larynard@larynardlaw.com |
| Lisa Ann Rynard (Trustee) | larynard@larynardlaw.com aburd@pkh.com,PA88@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Sandra Marie Banks,<br>aka Sandra Banks, aka Sandra M. Banks, | Chapter | 7 |
| **Debtor 1** | Case No. | 5:22−bk−00803−MJC |

Social Security No.:
  xxx−xx−0006

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lisa Ann Rynard (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: December 7, 2022

**fnldec** (01/22)